IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD E. TENBRINK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:12-cv-1214-TWP-DKL |
| | ) |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S REPORT TO THE COURT

Plaintiff Ronald E. TenBrink, by counsel, respectfully provides the following report to the Court:

1. On June 12, 2014, the Court ordered the parties to file a joint report by June 27, 2014, regarding the status of this case.

2. On June 27, 2014, Defendant filed its Motion to Dismiss for Lack of Prosecution.

3. Later in the day, counsel for the parties conferred and resolved this matter. The parties expect to file a Stipulation of Dismissal with Prejudice within two weeks, or by July 11, 2014.

4. Accordingly, Plaintiff requests the Court allow two weeks until July 11, 2014 for the parties to document their resolution of this matter and file a Stipulation of Dismissal with Prejudice with the Court.

Respectfully submitted,

*s/ Sandra L. Blevins*
Kevin W. Betz, Atty. No. 14188-82
Sandra L. Blevins, Atty. No. 19646-49
Benjamin C. Ellis, Atty. No. 28544-49

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically on the 27th day of June, 2014.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        Gregory W. Guevara, Esquire
        Jonathan L. Mayes, Esquire
        BOSE MCKINNEY & EVANS LLP
        111 Monument Circle, Suite 2700
        Indianapolis, IN 46204

        *s/ Sandra L. Blevins*
        Sandra L. Blevins

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana  46204
Office:  (317) 687-2222
Fax:  (317) 687-2221
E-mail: litigation@betzadvocates.com